MARY BLAIR BROKAW, Respondent, v. WILLIAM GOULD BROKAW, Appellant.— Orders affirmed, each with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

OTTO BUTZBACH, Appellant, v. WALTER H. GILL, Individually and as President, etc., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Thomas, Stapleton, Mills, Putnam and Blackmar, JJ.

WILLIAM H. CHAPMAN and CHARLES B. CHAPMAN, Trading, etc., Appellants, v. JOSEPH ARATA, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days defendant stipulate to forego the damages allowed him by the verdict; in other words, that the verdict stand merely as one for the defendant; in which event the order appealed from and the judgment, modified accordingly, are affirmed, without costs, upon the ground that the defendant, having accepted the return of the black horse and given the bay in its place, could not thereafter claim that plaintiffs still remained the owners of the black horse, and upon the ground that the defendant cannot have been damaged by the plaintiffs' abandonment to him of the bay horse, the jury having found in favor of the defendant as to each cause of action alleged in the complaint. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

ADDISON PERRY DAY, Appellant, v. CHARLES B. IRWIN, Respondent.— Judgment and orders affirmed, with costs upon the judgment only. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam JJ., concurred.

GIUSEPPE DE MEO, Appellant, v. GOODWIN-GALLAGHER SAND AND GRAVEL CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ.

FREDERICK C. DOWD, as Executor, etc., of ELLEN HEENAN, Deceased, Appellant, v. WALTER H. HOFMANN and Others, as Executors, etc., of JOHN C. HEENAN, Deceased, Respondents. — The following finding: " In support of the validity of said deed, the burden of proof was upon the defendant executors to satisfy this court of the absolute fairness of the bargain made with Ellen Heenan, and this they have failed to do," is disapproved and reversed, and the judgment is affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Rich, Putnam and Blackmar, JJ., concurred.